No. 549, Misc. MALONE v. WALKER, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se.* *Jack P. F. Gremillion,* Attorney General of Louisiana, and *Teddy W. Airhart, Jr.,* Assistant Attorney General, for respondent.

No. 883, Misc. TAUB v. WARDEN, MANHATTAN FEDERAL HOUSE OF DETENTION. Motion to dispense with printing granted. Motion for leave to file petition for writ of habeas corpus denied. *Jacob Rassner* for petitioner.

No. 569. SCHLAGENHAUF v. HOLDER, U. S. DISTRICT JUDGE. C. A. 7th Cir. Certiorari granted. *Richard W. Yarling, Wilbert McInerney* and *Robert S. Smith* for petitioner. *Erle A. Kightlinger, Aribert L. Young* and *Keith C. Reese* for respondent.

No. 637. NATIONAL LABOR RELATIONS BOARD v. BURNUP & SIMS, INC. C. A. 5th Cir. Certiorari granted. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for petitioner. *John Bacheller, Jr.* for respondent.

No. 654. KING, EXECUTRIX, ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari granted. *David S. Bate* and *Paul T. Murphy* for petitioners. *Solicitor General Cox, Assistant Attorney General Douglas* and *Alan S. Rosenthal* for the United States.

No. 623. CALHOUN ET AL. v. LATIMER ET AL. C. A. 5th Cir. Certiorari granted. *Constance Baker Motley, Jack Greenberg, E. E. Moore, Donald L. Hollowell* and *A. T. Walden* for petitioners. *Henry Bowden* for respondents. Reported below